UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ALBERT BROWN O/K/A FLOYD HAMILTON,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CITY OF BOSTON, PETER O'MALLEY, & DOES 1-10,**<br><br>**Defendants.** | **C.A. NO.: 1:24-cv-12687-JEK** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties to the above-entitled action, pursuant to the provisions of Mass. R. Civ. P. 41(a)(1)(ii), hereby stipulate that the claims of Plaintiff, Albert Brown O/K/A Floyd Hamilton, against the Defendants, City of Boston, et al., be dismissed with prejudice, without cost, interest or attorneys' fees, and waiving all rights of appeal.

Dated: October 8, 2026

Respectfully submitted,
For the Plaintiff
By His Attorneys,

*/s/ Frank C. Corso, Esq.*
*/s/ Paolo G. Corso, Esq.*
Frank C. Corso, Esq. (BBO#545552)
Paolo G. Corso, Esq. (BBO#703315)
Corso Law, LLC
492 Winthrop Street, Suite 5
Rehoboth, MA 02769
Tel: 774-901-2677
Fax: 774-901-2678
fcc@corsolaw.com
pgc@corsolaw.com

Respectfully Submitted,
For the Defendant, City of Boston
By Its Attorneys,

*/s/ Adam D. Johnson, Esq.*
Adam D. Johnson, Esq. (BBO#679142)
Senior Assistant Corporation Counsel
Nicole E. Gemba, Esq. (BBO#707216)
Assistant Corporation Counsel
City of Boston Law Department
1 City Hall Square, Room 615
Boston, MA 02201
(617) 635-4097 (Johnson)
(617) 635-4048 (Gemba)
adam.johnson@boston.gov
nicole.gemba@boston.gov

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 8, 2026, a copy of the above document was served upon counsel for all parties by e-filing on CMECF to:

***For Defendant CITY OF BOSTON***
Adam D. Johnson (BBO # 679142)
Senior Assistant Corporation Counsel
Nicole E. Gemba (BBO # 707216)
Assistant Corporation Counsel
City of Boston Law Department
1 City Hall Square, Room 615
Boston, MA 02201
(617) 635-4097 (Johnson)
(617) 635-4048 (Gemba)
adam.johnson@boston.gov
nicole.gemba@boston.gov

/s/ Frank C. Corso Esq.
Frank C. Corso, Esq.